**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.                                                )<br>)<br>**Albert  Ray Guzman**                 )<br>)<br>_____ ) | **Docket No.:  1:13CR00433 AWI** |

On 6/20/2013, the above-named was sentenced to Supervised Release for a period of 3 years. Supervision commenced on October 18, 2013.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Yasmin Villegas

**YASMIN VILLEGAS**
Sr. United States Probation Officer

Dated:    March 24, 2016
             Visalia, California
             YV

            /s/ Lonnie E. Stockton
**REVIEWED BY:    LONNIE E. STOCKTON**
             Supervising United States Probation Officer

1

**Re:** **Albert Ray Guzman**
    Docket No:  1:13CR00433-AWI
    Report and Order Terminating Supervised Release
    <u>Prior to Original Expiration Date</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Albert Ray Guzman be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   April 19, 2016                              _____
                                                                                        SENIOR  DISTRICT  JUDGE